☐ ORIGINAL
FILED
2009 SEP 28 PM 2:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

BY FAX

AKIN GUMP STRAUSS HAUER & FELD LLP
GARY M. MCLAUGHLIN (SBN 217832)
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
gmclaughlin@akingump.com

Attorneys for Plaintiffs CHARGERS FOOTBALL COMPANY, LLC
and NFL MANAGEMENT COUNCIL

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CHARGERS FOOTBALL COMPANY, LLC and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,

Plaintiffs,

v.

STEVEN FOLEY and NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION.

Defendants.

Case No. 09 CV 2116 JAH WMc

COMPLAINT

COMPLAINT

For their Complaint against Defendants/Respondents Steve Foley ("Foley") and the National Football League Players Association ("NFLPA"), Plaintiffs/Petitioners Chargers Football Company, LLC (the "Chargers") and the National Football League Management Council (the "NFL Management Council") hereby allege as follows:

## JURISDICTION AND VENUE

1. This is an action to confirm an arbitration award pursuant to section 301 of the Labor Management Relations Act, 29 U.S.C. § 185 *et seq.* This Court has subject matter jurisdiction over this matter under 28 U.S.C. § 1331 and 29 U.S.C. § 185(c).

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391 and 29 U.S.C. § 185(a).

## PARTIES

3. The Chargers are one of the member clubs of the National Football League ("NFL") with its principal place of business in San Diego, California.

4. The NFL Management Council is an unincorporated, non-profit association of the member clubs of the NFL with its principal place of business in New York, New York. The NFL Management Council is the sole and exclusive bargaining representative of present and future employer member clubs of the NFL.

5. Steven Foley is a former professional football player who was employed by the Chargers in San Diego, California at all times relevant to this action.

6. The NFLPA is a labor organization certified by the National Labor Relations Board as the exclusive bargaining representative of all NFL players. The NFLPA regularly represents players employed in the Southern District of California, and some of its members reside in this judicial district.

COMPLAINT

## FACTS

7. The parties are bound by a Collective Bargaining Agreement ("CBA") negotiated between the NFL Management Council (on behalf of the NFL member clubs, including the Chargers) and the NFLPA (on behalf of all NFL players, including Foley). Relevant portions of the CBA are attached as Exhibit A.

8. All NFL Players must enter into an NFL Player Contract, which is incorporated in and governed by Article XIV and Appendix C of the NFL CBA. *See* Ex. A at 39-44; 231-39.

9. In accordance with the CBA, on March 4, 2004, the Chargers and Foley entered into an NFL Player Contract setting forth the terms of Foley's employment.

10. The NFL CBA contains an arbitration provision that mandates that all disputes between the parties involving the interpretation of, application of, or compliance with the NFL CBA and the NFL Player Contract be submitted to final and binding arbitration before a mutually selected arbitrator. *See* Ex. A, Art. IX, §§ 1, 6, & 8.

11. Foley's NFL Player Contract contains an arbitration provision that mandates that "any dispute" between Foley and the Chargers "involving the interpretation or application of any provision of this contract will be submitted to final and binding arbitration . . . ." Ex. A at 237, ¶ 19.

12. Foley's 2004-2006 NFL Player Contract with the Chargers contained a "Signing, Reporting and Playing Bonus" clause that provided Foley with a $1,250,000.00 payment conditioned on Foley's agreement to "adhere[] to all provisions of" his Contract. *See* "Opinion and Award" attached hereto as Exhibit B, at 2-3. This clause was incorporated into Foley's re-negotiated contract for 2005-2009. *Id.* at 3-4.

13. The "Signing, Reporting and Playing Bonus" clause contained a default provision, which states: "In the event [Foley] fails or refuses to report to Club, or fails or refuses to practice or play with Club at any time for any reason . . . during the

COMPLAINT

duration of [the Contract], or [Foley] otherwise breaches the contract, then Player shall be in default." *Id.* at 3.

14. The "Signing, Reporting and Playing Bonus" default provision required Foley to return $416,666.67 to the Club in the event Foley defaulted in 2006. *Id.*

15. On September 3, 2006, Foley was involved in an altercation with an off-duty police officer. As a result of that altercation, Foley received multiple gunshot wounds and severely injured his leg and knee. *Id.* at 4-5.

16. As a result of Foley's injuries, the Chargers placed Foley on Reserve/Non-Football Injury status on September 4, 2006. Once placed on this status, Foley was ineligible to practice and play with the Charges for the 2006 season. *Id.* at 5.

17. On February 5, 2007, the Chargers sent Foley a letter stating that Foley was in default of his "Signing, Reporting and Playing Bonus" clause for the 2006 contract year and demanded the return of $416,666.67. *Id.*

18. The Chargers did not receive a response to the February 5, 2007 letter. *Id.*

19. On February 14, 2007, pursuant to Article IX of the CBA and Paragraph 19 of Foley's Player Contract, the Chargers and the NFL Management Council filed a non-injury grievance against Foley, demanding the return of his bonus money. *Id.*

20. On April 4, 2007, Foley and the NFLPA answered the non-injury grievance filed by the Chargers and the NFL Management Council, denying the grievance in its entirety. *Id.*

21. On December 5, 2008, an arbitration hearing was conducted before Arbitrator Michael Beck, an NFL arbitrator. The hearing took place in San Diego, California. Todd Flanagan, an attorney for the NFLPA, appeared on behalf of Foley. David Gardi, an attorney for the NFL Management Council, appeared on behalf of the Chargers. *Id.* at 1-2.

22. On May 26, 2009, Arbitrator Beck issued a written final award ("Award"). *Id.*

COMPLAINT

23. In relevant part, the Award states as follows: "1. The San Diego Chargers are contractually entitled to receive from Steve Foley the sum of $416,666.67. 2. Therefore, it is ordered that Steve Foley pay to the San Diego Chargers the sum of $416.666.67." *Id.* at 12.

24. Under Article IX, Section 8 of the CBA, the Award constitutes the "full, final and complete disposition of the grievance, and will be binding upon the player(s) and Club(s) involved and the parties to this Agreement . . . ." Ex. A at 25.

25. To date, Foley has failed to repay the sum of $416,666.67 to the Chargers in accordance with the Award.

26. Foley has not sought to vacate, modify, or challenge the Award. The statutory time period within which Foley would have been permitted to vacate, modify, or challenge the Award has expired. *See* Cal. Code Civ. Proc. § 1288 (2009).

27. Foley, by his failure to pay the Chargers $416,666.67 in accordance with the Award, has violated the collectively bargained-for grievance and arbitration procedures set forth in the CBA.

28. Plaintiffs/Petitioners are entitled to confirmation of the Award and entry of judgment in conformity with the Award pursuant to the Labor-Management Relations Act, 29 U.S.C. § 185.

COMPLAINT

WHEREFORE, the Chargers Football Company, LLC and the National Football League Management Council respectfully request that this Court enter an Order:

1. Confirming the Award;

2. Entering judgment in favor of the Chargers against Foley and the NFLPA for the sum of $416,666.67, plus interest from the date of entry of the Award; and

3. Providing Plaintiffs/Petitioners with such other and further relief as the Court deems proper.

Dated: September 28, 2009

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Gary McLaughlin
Attorneys for the CHARGERS FOOTBALL COMPANY, LLC and NFL MANAGEMENT COUNCIL

COMPLAINT

**ORIGINAL**

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**2009 SEP 28 PM 2:57**
**CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**BY_____ DEPUTY**

**'09 CV 2116 JAH WMc**

**BY FAX**

### I. (a) PLAINTIFFS
Chargers Football Company, LLC and NFL Management Council

### DEFENDANTS
Steven Foley and NFL Players Association

(b) County of Residence of First Listed Plaintiff: San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASE)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Gary McLaughlin; Akin Gump Strauss Hauer & Feld LLP; 2029 Century Park East, Suite 2400; Los Angeles, CA 90067; 310-229-1000

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

*PERSONAL INJURY*
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☒ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. 185
Brief description of cause:
Complaint to confirm arbitration award pursuant to Section 301 of the Labor Management Relations Act.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 9/28/2009
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 5700   AMOUNT $350.00   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____
MS 9/28/09

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS005700
Cashier ID: msweaney
Transaction Date: 09/28/2009
Payer Name: NATIONWIDE LEGAL INC
------------------------------------
CIVIL FILING FEE
 For: CHARGES V STEVEN FOLEY
 Case/Party: D-CAS-3-09-CV-002116-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 113068
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00


There will be a fee of $45.00
charged for any returned check.
```